UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

G. DAVID IVERSON )
and ACCESS WITH SUCCESS, INC., )
    Plaintiffs )
 )
v. )       CIVIL ACTION NO. 04-11654-REK
 )
BOSTON OMNI CORPORATION AND )
OMNI HOTELS MANAGEMENT )
CORPORATION )
    Defendants )
 )

## CORPORATE DISCLOSURE STATEMENT OF ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

____ The filing party, a non-governmental corporation, identifies the following parent companies (list name and addresses of each publicly held corporation that controls the filing party, directly or through others, or owns 10% or more of the party's stock):

**Not Applicable**

____ The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

**Not Applicable**

__X__ The filing party has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,

The Plaintiffs,
ACCESS WITH SUCCESS, INC., and
g. David Iverson

By their Attorney,

_____
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

Dated: 7-23-04