AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

G. David Iverson, et al.

**SUMMONS IN A CIVIL CASE**

**V.**

Omni Boston Corporation, et al.

CASE NUMBER:

04 11654 REK

TO: (Name and address of defendant)

Omni Boston Corporation
c/o Corporation Service Company (Its registered agent)
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA   01845

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY _____

CLERK

_____
(BY) DEPUTY CLERK

JUL 2 6 2004

DATE

Deputy Sheriff    John Cotter

Deputy Sheriff

$42.00

Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges
Boston, MA 02109, U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00),
Omni Boston Corporation, at , 84 State Street, C/o Corporation Service Company
following manner: To wit, by delivering in hand to B.Montanez,Process Clerk, for
attested copy of the Summons, Complaint and cover sheet in this action in the
I hereby certify and return that on 8/4/2004 at 2:55PM I served a true and

August 5, 2004

_Suffolk, ss._

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Address of Server

Signature of Server                                    Date

                                              Executed on

information contained in the Return of Service and Statement of Service Fees is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing

04/08/04

DECLARATION OF SERVER

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**STATEMENT OF SERVICE FEES**

☐ Other (specify):

☐ Returned unexecuted:

Name of person with whom the summons and complaint were left:
and discretion then residing therein.
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age

☐ Served personally upon the defendant. Place where served:

_Check one box below to indicate appropriate method of service_

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |

**RETURN OF SERVICE**