UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11654 REK

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br>    Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION<br>    Defendants | **STIPULATION TO ENLARGE TIME<br>FOR FILING OF RESPONSIVE<br>PLEADING BY DEFENDANTS** |

NOW COME the Plaintiffs and Defendants in the above-captioned matter, by counsel, and hereby stipulate that the time within which the Defendants must serve a responsive pleading to the Plaintiff's Complaint is enlarged up to and including September 8, 2004.

G. David Iverson
and Access With Success, Inc.
Plaintiffs
By Counsel

/s/ Nicholas S. Guerrera

Nicholas S. Guerrera, Esquire
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800
BBO#551475

Omni Boston Corporation
and Omni Hotels Management Corporation
Defendants
By Counsel

/s/ Gregg S. Haladyna

Gregg S. Haladyna, Esquire
56 Central Square
Chelmsford, MA 01824
(978) 256-8115
BBO #547254

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE OPPOSING PARTY/COUNSEL BY
MAIL ON  8/24/04

_____
SIGNATURE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11654 REK

| | | |
|---|---|---|
| G. DAVID IVERSON and ACCESS WITH SUCCESS, INC., Plaintiffs | ) ) ) ) | |
| v. | ) ) | **NOTICE OF APPEARANCE** |
| OMNI BOSTON CORPORATION and OMNI HOTELS MANAGEMENT CORPORATION Defendants | ) ) ) ) | |

**To The Clerk of the Court:**

Kindly enter my appearance as attorney for Defendants Omni Boston Corporation and Omni Hotels Management Corporation.

Respectfully Submitted,

*/s/ Gregg S. Haladyna*
Gregg S. Haladyna, Esquire
56 Central Square
Chelmsford, MA 01824
(978) 256-8115
BBO #547254

Dated: 8/24/04

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE OPPOSING PARTY/COUNSEL BY MAIL ON 8/24/04

_____
SIGNATURE