UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 04-11654REK |

## DEFENDANTS' ORIGINAL ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFFS' ORIGINAL COMPLAINT

COME NOW Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") and file their Original Answer and Affirmative Defenses to Plaintiffs' Original Complaint:

### PARTIES

1.  Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 1 and therefore deny same.

2.  Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 2 and therefore deny same.

3.  Defendants deny they have discriminated against anyone or that they have knowingly failed to comply with any statute. Defendants are without knowledge sufficient to form a belief as to the truth of the remaining matters asserted in Paragraph 3 and therefore deny same.

4.  Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 4 and therefore deny same.

5. Through this answer, Defendants are making an appearance in this action.

6. Defendants admit the allegations in Paragraph 6.

7. Through this answer, Defendants are making an appearance in this action.

8. Defendants admit the allegations in Paragraph 8.

9. Defendants admit that portions of the hotel are places of public accommodations. Defendants deny any remaining allegations in Paragraph 9.

10. Defendants admit the allegations in Paragraph 10.

11. Defendants admit the allegations in Paragraph 11.

12. The ADA speaks for itself. Defendants deny any remaining allegations in Paragraph 12.

13. The ADA speaks for itself. Defendants deny any remaining allegations in Paragraph 13.

14. Defendants deny any unlawful practices. Defendants admit Plaintiffs' lawsuit arises under the ADA.

## JURISDICTION

15. Defendants admit this Court has jurisdiction over Plaintiffs' ADA claim. Defendants deny any remaining allegations in Paragraph 15.

16. Defendants deny that this Court should exercise supplemental jurisdiction.

17. Defendants admit the allegations in Paragraph 17.

18. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 18 and therefore deny same.

19. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 19 and therefore deny same.

## COUNT I
## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

20. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 20 and therefore deny same.

21. Defendants admit the allegations in Paragraph 21.

22. Defendants deny the allegations in Paragraph 22.

23. Defendants admit the allegations in Paragraph 23.

24. Defendants admit that the Omni Parker House Hotel is generally a place of public accommodation. Defendants deny any remaining allegations in Paragraph 24.

25. Defendants admit the allegations in Paragraph 25.

26. Defendants admit the allegations in Paragraph 26.

27. Defendants admit the allegations in Paragraph 27.

28. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 28 and therefore deny same.

29. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 29 and therefore deny same.

30. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 30 and therefore deny same.

31. Defendants admit the hotel has been renovated to some extent but deny any remaining allegations in Paragraph 31.

32. The ADA speaks for itself. Defendants deny any remaining allegations in Paragraph 32.

33. The ADA speaks for itself. Defendants deny any remaining allegations in Paragraph 33.

34. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 34 and therefore deny same.

35. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 35 and therefore deny same.

36. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 36 and therefore deny same.

37. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 37 and therefore deny same.

38. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 38 and therefore deny same.

39. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 39 and therefore deny same.

40. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 40 and therefore deny same.

41. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 41 and therefore deny same.

42. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 42 and therefore deny same.

43. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 43 and therefore deny same.

44. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 44 and therefore deny same.

45. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 45 and therefore deny same.

46. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 46 and therefore deny same.

47. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 47 and therefore deny same.

48. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 48 and therefore deny same.

49. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 49 and therefore deny same.

50. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 50 and therefore deny same.

51. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 51 and therefore deny same.

52. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 52 and therefore deny same.

53. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 53 and therefore deny same.

54. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 54 and therefore deny same.

55. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 55 and therefore deny same.

56. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 56 and therefore deny same.

57. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 57 and therefore deny same.

58. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 58 and therefore deny same.

59. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 59 and therefore deny same.

60. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 60 and therefore deny same.

61. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 61 and therefore deny same.

62. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 62 and therefore deny same.

63. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 63 and therefore deny same.

64. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 64 and therefore deny same.

65. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 65 and therefore deny same.

66. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 66 and therefore deny same.

67.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 67 and therefore deny same.

68.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 68 and therefore deny same.

69.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 69 and therefore deny same.

70.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 70 and therefore deny same.

71.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 71 and therefore deny same.

72.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 72 and therefore deny same.

73.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 73 and therefore deny same.

74.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 74 and therefore deny same.

75.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 75 and therefore deny same.

76.   Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 76 and therefore deny same.

## COUNT II
## MASSACHUSETTS CONSTITUTION and G.L. c.93 § 103

77.   Defendants repeat the preceding responses as if fully set forth herein.

78. Article 114 of the Massachusetts Constitution speaks for itself. Defendants deny any remaining allegations in Paragraph 78.

79. The statute speaks for itself. Defendants deny any remaining allegations in Paragraph 79.

80. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 80 and therefore deny same.

81. Defendants are without knowledge sufficient to form a belief as to the truth of the matters asserted in Paragraph 81 and therefore deny same.

82. Defendants deny Plaintiffs are entitled to monetary damages. Defendants deny any remaining allegations in Paragraph 82.

## REQUEST FOR RELIEF

83. Defendants deny Plaintiffs are entitled to the relief they seek in Paragraph 83. Defendants deny any remaining allegations in Paragraph 83.

84. Defendants deny Plaintiffs are entitled to the relief they seek in Paragraph 84. Defendants deny any remaining allegations in Paragraph 84.

85. Defendants deny Plaintiffs are entitled to the relief they seek in Paragraph 85. Defendants deny any remaining allegations in Paragraph 85.

Defendants deny Plaintiffs are entitled to any of the relief they seek in their prayer.

## AFFIRMATIVE DEFENSES

1. No modifications are required to the extent they are not readily achievable, are unreasonable, would create an undue burden, would fundamentally alter the nature of the public accommodations or services, or are not technically feasible.

2. No modifications are required to the extent they would interfere with legitimate safety requirements necessary for the safe operation of the public accommodations.

3. No modifications are required to the extent they would destroy the historic significance of a historic property.

4. One or more Plaintiffs lacks standing.

Respectfully submitted,
Law Office of Gregg S. Haladyna

Gregg S. Haladyna
BBO # 547254
56 Central Square
Chelmsford, MA 01824
(978)256-8115
(978)244-0446 (Fax)

ATTORNEY FOR DEFENDANTS
OMNI BOSTON CORPORATION AND
OMNI HOTELS MANAGEMENT
CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this **7th** day of September, 2004, a true and correct copy of the above and foregoing Defendants' Original Answer and Affirmative Defenses to Plaintiffs' Original Complaint was forwarded via certified mail, return receipt requested, to the following:

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845



**GREGG S. HALADYNA**
ATTORNEY AT LAW

56 CENTRAL SQUARE
CHELMSFORD, MA 01824
(978) 256-8115

September 7, 2004

TELECOPIER
(978) 244-0446

**Sent via Federal Express**

Civil Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   G. David Iverson, et al v. Omni Boston Corporation, et al
      Civil Action No. 04-11654REK

Dear Sir/Madam:

Enclosed for filing in the above-matter please find the DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' ORIGINAL COMPLAINT with Certificate of Service thereon.

Sincerely,

Gregg S. Haladyna, Esquire

GSH:amm
Enclosure
cc:  Nicholas S. Guerra, Esquire
     Ron Chapman, Jr., Esquire