UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 SEP 10 P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 04-11654REK |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned attorney, Gregg S. Haladyna, pursuant to the Local Rules of the United States District Court for the District of Massachusetts and moves that Ron Chapman, Jr. be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendants Omni Boston Corporation and Omni Hotels Management Corporation in this matter. In support of this Motion, the Affidavit of Mr. Chapman, together with a Certificate of Good Standing, are attached as Exhibit A. Additionally, Mr. Chapman's contact information is: Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 700 Preston Commons, 8117 Preston Road, Dallas, TX 75225-4324, (214) 987-3800, (214) 987-3927 Facsimile.

Respectfully submitted,

/s/ Gregg S. Haladyna

Gregg S. Haladyna
BBO # 547254
56 Central Square
Chelmsford, MA 01824
(978) 256-8115
(978) 244-0446 (Fax)
ATTORNEY FOR DEFENDANTS
OMNI BOSTON CORPORATION AND OMNI
HOTELS MANAGEMENT CORPORATION

## CERTIFICATE OF CONFERENCE

This is to certify that on the **26th** day of **August**, 2004, I conferred with counsel for Plaintiff, Nicholas S. Guerrera, regarding the relief sought herein, and he does not oppose same.

_____

## CERTIFICATE OF SERVICE

This is to certify that on this **8th** day of **September**, 2004, a true and correct copy of the above and foregoing Motion for Admission Pro Hac Vice was forwarded via certified mail, return receipt requested, to the following:

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 04-11654REK |

## AFFIDAVIT OF RON CHAPMAN, JR.
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF TEXAS )
                )
COUNTY OF DALLAS )

Ron Chapman, Jr., being duly sworn according to law, hereby deposes and says:

1. I am a shareholder in the Dallas office of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 700 Preston Commons, 8117 Preston Road, Dallas, Texas, 75225. I submit this affidavit in support of the application of Defendants Omni Boston Corporation and Omni Hotels Management Corporation for me to be admitted *pro hac vice* to the Bar of this Court as its trial counsel in this case.

2. Gregg S. Haladyna, an active member of the Massachusetts Bar Association and a resident of the state, whose office address is 56 Central Square, Chelmsford, MA 01824, is associated with me in the above-captioned action.

3. I am familiar with the legal principles applicable to this lawsuit.

4. I am a member in good standing of the Bar of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

5. Based on the foregoing, I respectfully request that I be admitted *pro hac vice* as counsel for Omni Boston Corporation and Omni Hotels Management Corporation in this action.

_____
Ron Chapman, Jr.

Subscribed and sworn to before me this ___3rd___ day of September 2004.

_____
Notary Public in and for the State of Texas

My Commission Expires:

___3-6-2006___
(SEAL)





United States District Court
Northern District of Texas

I, Karen Mitchell, Clerk of the United States District Court for the Northern District of Texas, Certify that Ronald W. Chapman, Bar Number 00793489, was duly admitted to practice in said Court on February 4, 1997, and is in good standing as a member of the bar of said Court.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Dallas, Texas, on this day, August 30, 2004.

Karen Mitchell
Clerk

By: Sheila R. Stein, Deputy Clerk