FILING FEE PAID: [handwritten]
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

G. DAVID IVERSON                      )
and ACCESS WITH SUCCESS, INC.,        )
                     Plaintiffs       )
                                      )
                                      )   CIVIL ACTION NO. 04-11654 REK
v.                                    )
                                      )
OMNI BOSTON CORPORATION               )
and OMNI HOTELS MANAGEMENT            )
CORPORATION                           )
                     Defendants       )

## MOTION FOR ADMISSION PRO HAC VICE

Now comes the undersigned attorney, Gregg S. Haladyna, pursuant to the Local Rules of the United States District Court for the District of Massachusetts and moves that Ron Chapman, Jr. be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendants Omni Boston Corporation and Omni Hotels Management Corporation in this matter.

In support of this Motion, a Motion for Admission Pro Hac Vice was previously filed, together with the AFFIDAVIT of Mr. Chapman and a CERTIFICATE OF GOOD STANDING attached thereto, which Motion was denied for failure to pay filing fee. The filing fee accompanies this new MOTION FOR ADMISSION PRO HAC VICE.

Mr. Chapman's contact information is: Ogletree, Deakins, Nash, Smoak & Steward, P.C., 700 Preston Commons, 8117 Preston Road, Dallas, TX 75225-4324, (214) 987-3800, (214) 987 3927 Facsimile.

Respectfully Submitted,

[signature]

Gregg S. Haladyna, Esquire
BBO #547254
56 Central Square
Chelmsford, MA 01824
(978) 256-8115
(978) 244-0446 (Fax)
ATTORNEY FOR DEFENDANTS
OMNI BOSTON CORPORATION AND OMNI
HOTELS MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br>    Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-11654 REK<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF CONFERENCE

This is to certify on the **28** day of **September** 2004, I conferred with counsel for Plaintiff, Nicholas S. Guerrera, regarding the relief sought herein, and he does not oppose same.

_____

### CERTIFICATE OF SERVICE

This is to certify that on this **28** day of **September** 2004, a true and correct copy of the above and foregoing Motion for Admission Pro Hac Vice was forwarded via regular mail postage prepaid to the following:

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

_____