## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11654 REK: 23

| | |
|---|---|
| ACCESS WITH SUCCESS, INC. and<br>G. DAVID IVERSON,  )<br> )<br> )<br>         Plaintiffs  )<br> )<br>v.  )<br> )<br>BOSTON OMNI CORPORATION AND )<br>OMNI HOTELS MANAGEMENT )<br>CORPORATION  )<br> )<br> )<br>         Defendant  )<br>_____ ) | LOCAL RULE 16.1 (D)<br>CERTIFICATE OF PLAINTIFF |

Pursuant to Local Rule 16.1 (D)(3), the undersigned counsel and parties hereby certify that they have conferred:

1.    With a view to establishing a budget for the costs of conducting the full course - and various alternatives courses - of the litigation; and

2.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_G. David Iverson_
G. David Iverson

( NSG
(power of atty).

_Nicholas S. Guerrera_
Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Mass. R. Civ. P. 5.

_Nicholas S. Guerrera_
Nicholas S. Guerrera,  BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

Dated: January 10, 2005