UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 24 P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 04-11654REK |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") file this, their Corporate Disclosure Statement, and show the Court the following:

1. Omni Hotels Corp. is the parent company to Omni Hotels Management Corp.

2. OHO Corp. is the parent company to Omni Boston Corp.

Respectfully submitted,
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

_____
Ron Chapman, Jr.
Texas Bar No. 00793489 (admitted pro hac vice)
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

ATTORNEYS FOR DEFENDANTS
OMNI BOSTON CORPORATION AND
OMNI HOTELS MANAGEMENT
CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of January, 2005, a true and correct copy of the above and foregoing was forwarded via certified mail, return receipt requested, to the following:

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845