UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 JAN 24 P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 04-11654REK |

## DEFENDANTS' LOCAL RULE 16.1 (D) CERTIFICATE

Pursuant to Local Rule 16.1(D), Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") and undersigned counsel hereby certify that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternatives courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
For Defendants

Respectfully submitted,
OGLETREE, DEAKINS, NASH, SMOAK &
     STEWART, P.C.

_____
Ron Chapman, Jr.
Texas Bar No. 00793489 (admitted pro hac vice)
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

ATTORNEYS FOR DEFENDANTS
OMNI BOSTON CORPORATION AND
OMNI HOTELS MANAGEMENT
CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of January, 2005, a true and correct copy of the above and foregoing was forwarded via certified mail, return receipt requested, to the following:

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

_____