STATE ~ ~ ~
DIST. OF MASS.

FILED IN O~~

DATE: 11/16/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br>        **Plaintiffs** | )<br>)<br>)<br>) | CIVIL ACTION NO.: 04-11654 REK |
| **v.** | )<br>) | |
| BOSTON OMNI CORPORATION AND<br>OMNI HOTELS MANAGEMENT<br>CORPORATION<br>        **Defendants** | )<br>)<br>)<br>)<br>) | |

## JOINT SCHEDULING STATEMENT PURSUANT TO RULE 16.1 (D)

Now come the parties in the above-referenced action and hereby submit the following

Joint Statement pursuant to Local Rule 16.1 (D):

1.   **NATURE OF ACTION**

The complaint alleges that the plaintiffs have suffered tangible harm because certain

facilities within the defendants' Omni Parker House are not accessible to individuals with

disabilities.  The plaintiffs seek declaratory and injunctive relief against the defendant pursuant to

Title III of the Americans Disabilities Act, 42 U.S.C. § 12101, et seq., and injunctive relief and

damages pursuant to Article 114 of the Massachusetts Constitution and Equal Rights Law,

M.G.L. c.93§ 103.  Defendants deny the allegations and have asserted multiple affirmative

defenses.

2.   **AGENDA FOR DISCUSSION AT SCHEDULING CONFERENCE**

The parties have discussed and will discuss at the Scheduling Conference their plan to

conduct expert inspections of the hotel premises, exchange expert reports, and explore the

possibility of settlement before the expiration of any deadlines under the proposed case schedule.

Toward this end, the parties already have agreed that the plaintiffs' expert will inspect the

property on December 6, 2004. The parties also have agreed to confer about potential settlement

and/or mediation after the inspection, prior to the parties incurring more fees and costs.

3.    **PROPOSED DISCOVERY PLAN**

The parties propose the following discovery plan:

a.    Written Discovery will be completed by February 25, 2005;

b.    Rule 34 Inspection completed by April 14, 2005;

c.    Depositions of Fact Witness will be completed by May 13, 2005;

d.    Plaintiff's Expert Witnesses will be identified by June 17, 2005;

e.    Plaintiff's Expert Reports will be provided by July 15, 2005;

f.    Defendant's Expert Witnesses will be identified by August 12, 2005;

g.    Defendants' Expert Reports will be provided by September 16, 2005;

h.    Depositions of Expert Witnesses will be completed by October 28, 2005.

4.    **MOTION SCHEDULE**

All dispositive motions will be served no later than December 2, 2005, but may be filed at

any time previous thereto. The parties request that the trial date be late enough to allow the

Court to rule on the dispositive motions prior to substantial trial preparation by the parties.

Discovery motions, to the extent that they are necessary, will be filed prior to the close of

discovery, October 28, 2005. Trial motions are to be served not less than seven (7) days prior to

trial, except for good cause.

Final TC Noon March 9, 2006
Trial Date  Monday March 20, 2006, at 9:00 am

5.    **TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to a trial before a magistrate judge.

6.    The undersigned counsel hereby certify that they have conferred with their respective

clients with a view to establishing a litigation budget and to consider the resolution of the

alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PLAINTIFFS,                                    DEFENDANTS,
ACCESS WITH SUCCESS, INC., and                 OMNI BOSTON CORPORATION, ET AL.
G. DAVID IVERSON

By their Attorney,                             By their Attorney,

_____               _____
Nicholas S. Guerrera, BBO#551475              Ron Chapman, Jr., Esq.
Shaheen Guerrera & O'Leary, LLC               Admitted Pro Hac Vice
Jefferson Office Park                          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
820A Turnpike Street                           700 Preston Commons
North Andover, MA 018450                       8117 Preston Road
(978) 689-0800                                 Dallas, TX 75225
                                               (214) 369-9216

Dated: 11-16-04                                Dated:

3