UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 04-11654REK<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' DISCLOSURE OF EXPERT WITNESS

Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") file their Disclosure of Expert Witness:

I.

Defendants have not retained any testifying experts. As a rebuttal expert witness, Defendants may call:

James A. DiLuigi
Universal Designers & Consultants
6 Grant Avenue
Takoma Park, MD 20912 - 4324
Phone:  (301) 270-2470
Fax:    (301) 270-8199

Mr. DiLuigi's biographical information can be found at his employer's website, http://www.universaldesign.com/index_udc.php?s=3&sub=2. If necessary, Mr. DiLuigi may testify regarding Plaintiffs' expert's opinions and methodology and the condition of the property in question.

Respectfully submitted,
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

_____
Ron Chapman, Jr.
Texas Bar No. 00793489 (admitted pro hac vice)
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

ATTORNEYS FOR DEFENDANTS
OMNI BOSTON CORPORATION AND
OMNI HOTELS MANAGEMENT
CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of August, 2005, a true and correct copy of the above and foregoing was forwarded via certified mail, return receipt requested, to the following:

Nicholas S. Guerrera
Shaheen Guerrea & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

_____