UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON <br> and ACCESS WITH SUCCESS, INC., <br>       Plaintiffs <br> <br> v. <br> <br> BOSTON OMNI CORPORATION and <br> OMNI HOTELS MANAGEMENT <br> CORPORATION <br>       Defendants | CIVIL ACTION NO.: 04-11654 REK |

## JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES

Now come the parties in the above-referenced action and hereby submit the following Joint Motion for Extension of Pre-Trial Deadlines:

### I.

### CURRENT STATUS

The parties have exchanged detailed settlement proposals and are hopeful they can reach a final settlement within the next few days. Currently, the deadline to submit the parties' Pretrial Memorandum is March 3, 2006. The parties would prefer not to expend any more time or money on pre-trial matters when a settlement appears to be reasonably likely.

### II.

### REQUEST FOR EXTENSION

For the foregoing reasons, the parties jointly request an extension of the deadline to submit their Pretrial Memorandum.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| ACCESS WITH SUCCESS, INC., and | OMNI BOSTON CORPORATION, ET AL. |
| G. DAVID IVERSON | |
| | |
| By their Attorney, | By their Attorney, |
| | |
| /s/ Nicholas S. Guerrera | /s/ Ron Chapman, Jr. |
| _____ | _____ |
| Nicholas S. Guerrera, BBO#551475 | Ron Chapman, Jr., Esq. |
| Shaheen Guerrera & O'Leary, LLC | Admitted Pro Hac Vice |
| Jefferson Office Park | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 820A Turnpike Street | 700 Preston Commons |
| North Andover, MA 018450 | 8117 Preston Road |
| (978) 689-0800 | Dallas, TX  75225 |
| | (214) 369-9216 |
| | |
| Dated: March 3, 2006 | Dated: March 3, 2006 |