UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 04-11654REK |

### DEFENDANTS MOTION TO COMPEL PRODUCTION OF
### COMMUNICATIONS WITH TESTIFYING EXPERT

Subject to their Motion to Enforce Settlement Agreement, Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") submit their Motion to Compel Communications with Testifying Expert:

**I.**

Plaintiffs' counsel's time sheets reflect numerous e-mails exchanged with Plaintiffs' testifying expert. Defendants first received these time sheets on March 3, 2006. Defendants immediately requested Plaintiffs to produce communications exchanged with their testifying expert, as reflected in the time sheets on which Plaintiffs are relying for their request for attorneys' fees and costs. Despite being requested, Plaintiffs have refused to produce these communications.

## II.

It is black letter law that "communications between experts and lawyers are discoverable." *Kooima v. Zacklift Int'l*, 209 F.R.D. 444, 446 (D.S.D. 2002).

WHEREFORE, Defendants request that their motion be granted in full. Alternatively, Defendants request that Plaintiffs be precluded from (1) offering any evidence by their testifying expert or (2) seeking attorneys' fees or costs associated with their expert or communications with their expert. Defendants also seek any further relief to which they may be entitled.

<div style="margin-left: 40%;">

Respectfully submitted,
OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
/s/ Ron Chapman, Jr.
_____

Ron Chapman, Jr.
Texas Bar No. 00793489 (admitted pro hac vice)
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

ATTORNEYS FOR DEFENDANTS
OMNI BOSTON CORPORATION AND
OMNI HOTELS MANAGEMENT
CORPORATION

</div>

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of March, 2006, a true and correct paper courtesy copy of the above and foregoing was forwarded via regular mail, postage prepaid, to the following:

Nicholas S. Guerrera
Shaheen Guerrea & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

/s/ Gregg S. Haladyna

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants has attempted to confer with counsel for Plaintiffs regarding the subject matter of this motion, but Plaintiffs' counsel failed to respond. Therefore, the matter is submitted to the Court for determination.

/s/ Ron Chapman, Jr.

Ron Chapman, Jr.