UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

On the right side, aligned with "v.": CIVIL ACTION NO. 04-11654REK

### DEFENDANTS MOTION TO EXCLUDE EVIDENCE FOR FAILURE TO COMPLY WITH DISCLOSURE REQUIREMENTS AND DEADLINES

Subject to their Motion to Enforce Settlement Agreement, Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") submit their Motion to Exclude Evidence:

**I.**

By order dated March 6, 2006, this Court granted the parties an extension to file their Pretrial Memorandum. The revised deadline was March 20, 2006. On March 14, 2006, counsel for Defendants reminded counsel for Plaintiffs of the deadline to submit the Pretrial Memorandum and asked him to provide Plaintiffs' inclusions by the end of the day on March 16, 2006. Plaintiffs' counsel did not respond to this request, submit anything to Defendants' counsel, or communicate with Defendants' counsel about the Pretrial Memorandum in any way. Consequently, Defendants filed their own Pretrial Memorandum on March 20, 2006, the deadline for doing so. Plaintiffs failed to comply with this deadline.

**II.**

Additionally, Plaintiffs have failed to comply with the disclosure requirements in Fed. R. Civ. P. 26(a)(1) and 26(a)(3). Although Defendants similarly failed to provide disclosures, based on the anticipation of settlement, Plaintiffs have the burden of proof.

**III.**

Finally, despite being requested, Plaintiffs have failed to produce communications with their testifying expert. *See* Defendants' Motion to Compel.

**IV.**

Because Plaintiffs failed to timely file a Pretrial Memorandum, wholly failed to provide disclosures, and failed to produce communications with their testifying expert, they should be precluded from offering any evidence whatsoever.

WHEREFORE, Defendants request that their motion be granted in full and that they receive any further relief to which they may be entitled.

> Respectfully submitted,
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> /s/ Ron Chapman, Jr.
> _____
> Ron Chapman, Jr.
> Texas Bar No. 00793489 (admitted pro hac vice)
> 700 Preston Commons
> 8117 Preston Road
> Dallas, Texas 75225
> (214) 987-3800
> (214) 987-3927 (Fax)
>
> ATTORNEYS FOR DEFENDANTS
> OMNI BOSTON CORPORATION AND
> OMNI HOTELS MANAGEMENT
> CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of March, 2006, a true and correct paper courtesy copy of the above and foregoing was forwarded via regular mail, postage prepaid, to the following:

Nicholas S. Guerrera
Shaheen Guerrea & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

/s/  Gregg S. Haladyna

---

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants has attempted to confer with counsel for Plaintiffs regarding the subject matter of this motion, but Plaintiffs' counsel failed to respond. Therefore, the matter is submitted to the Court for determination.

/s/ Ron Chapman, Jr.

---

Ron Chapman, Jr.