UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION<br>and OMNI HOTELS MANAGEMENT<br>CORPORATION,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 04-11654REK |

**DEFENDANTS MOTION TO COLLECT COSTS
PURSUANT TO REJECTED OFFER OF JUDGMENT**

Subject to their Motion to Enforce Settlement Agreement, Defendants Omni Boston Corporation and Omni Hotels Management Corporation ("Defendants") submit their Motion to Collect Costs Pursuant to Rejected Offer of Judgment:

**I.**

On March 7, 2006, Defendants served on Plaintiffs an offer of judgment under Fed. R. Civ. P. 68. *See* Exhibit 1. Plaintiffs did not accept that particular offer. Accordingly, the cost-shifting mechanism of Rule 68 has been triggered. Thus, if the judgment finally obtained by Plaintiffs is not more favorable than the offer, Plaintiffs are not entitled to recover any costs or attorneys' fees incurred on or after March 7, 2006, and Defendants will be entitled to recover their costs incurred on or after March 7, 2006.

WHEREFORE, Defendants request that their motion be granted in full and that they recover any further relief to which they may be entitled.

        Respectfully submitted,
        OGLETREE, DEAKINS, NASH, SMOAK &
          STEWART, P.C.

       /s/ Ron Chapman, Jr.
_____

Ron Chapman, Jr.
Texas Bar No. 00793489 (admitted pro hac vice)
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)
ATTORNEYS FOR DEFENDANTS
OMNI BOSTON CORPORATION AND
OMNI HOTELS MANAGEMENT
CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of March, 2006, a true and correct paper courtesy copy of the above and foregoing was forwarded via regular mail, postage prepaid, to the following:N

Nicholas S. Guerrera

Shaheen Guerrea & O'Leary, LLC

Jefferson Office Park

820A Turnpike Street
North Andover, MA 01845

       /s/ Gregg S. Haladyna
_____

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants has attempted to confer with counsel for Plaintiffs regarding the subject matter of this motion, but Plaintiffs' counsel failed to respond. Therefore, the matter is submitted to the Court for determination.

/s/  Ron Chapman, Jr.

_____
Ron Chapman, Jr.