UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON and ACCESS WITH SUCCESS, INC., Plaintiffs ) ) ) ) ) | |
| v.    ) ) | C. A. NO. 04-11654REK |
| OMNI BOSTON CORPORATION and OMNI HOTELS MANAGEMENT CORPORATION, Defendants ) ) ) ) ) | |

**NOTICE OF FILING WITH CLERK S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits 1 and 2 to the Defendants Motion to Enforce Settlement Agreement; and

2. Exhibit 1 to the Defendants Motion to Collect Costs Pursuant to Rejected Offer of Judgment.

                                          Respectfully submitted

                                          */s/ Gregg S. Haladyna*
                                          Gregg S. Haladyna, Esquire
                                          (BBO No. 547254)
                                          56 Central Square
                                          Chelmsford, MA 01824
                                          (978) 256-8115
                                          e-mail:  Halalaw@aol.com

March 22, 2006