UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| G. DAVID IVERSON and ACCESS WITH SUCCESS, INC., Plaintiffs | ) ) ) ) ) | |
| v. | ) ) | C. A. NO. 04-11654REK |
| OMNI BOSTON CORPORATION and OMNI HOTELS MANAGEMENT CORPORATION, Defendants | ) ) ) ) ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Now come the parties to the above action and move that this Honorable Court continue the Status Conference scheduled for Wednesday, June 7, 2006, for approximately two weeks in order to afford the parties time to complete estimates for repair work which may facilitate settlement of this case.

If suitable for the Court, the parties respectfully request the Status Conference be continued to June 19, 2006 or the afternoon of June 20, 2006.

Respectfully submitted,

Plaintiffs, by their attorney,        Defendants, by their attorney,

 /s/ Nicholas S. Guerrera             /s/ Gregg S. Haladyna
Nicholas S. Guerrera, Esquire         Gregg S. Haladyna, Esquire
Shaheen Guerrera & O'Leary, LLC       (BBO No. 547254)
Jefferson Office Park                 56 Central Square
820A Turnpike Street                  Chelmsford, MA  01824
North Andover, MA  01845              (978) 246-8115
e-mail: nguerrera@sgolawoffice.com    e-mail:  halalaw@aol.com