UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| G. DAVID IVERSON and<br>ACCESS WITH SUCCESS, INC.,<br>       Plaintiffs<br><br>v.<br><br>OMNI BOSTON CORPORATION and<br>OMNI HOTELS MANAGEMENT<br>CORPORATION,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. NO. 04-11654-WGY |

**NOTICE OF FILING WITH CLERK S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Original signed CONSENT DECREE with attached POWER OF ATTORNEY and EXHIBIT 1 TO CONSENT DECREE/EXHIBIT B TO SETTLEMENT AGREEMENT; and

2. Original signed AGREED ORDER OF DISMISSAL.

                              Respectfully submitted


                              _/s/ Gregg S. Haladyna_
                              Gregg S. Haladyna, Esquire
                              (BBO No. 547254)
                              56 Central Square
                              Chelmsford, MA 01824
                              (978) 256-8115
                              e-mail:  Halalaw@aol.com


July 17, 2006