# EXHIBIT 1 TO CONSENT DECREE / EXHIBIT B TO SETTLEMENT AGREEMENT

1. **Initial Access into the Building**

    1.1 Install appropriate accessible signage at or near the School Street entrance indicating the location of the accessible Tremont Street entrance. The sign shall be permanent and placed in a conspicuous area.

    1.2 There are no curb cuts on the sidewalks at both corners of Tremont and School Streets. Defendants shall install curb cuts at these street corners or, if Defendants have no control over these street corner sidewalks, they shall petition the City of Boston to install curb cuts.

    1.3 There shall be an accessible route complying with the ADA Accessibility Guidelines for Buildings and Facilities (hereinafter "ADAAG") within the boundary of the property from the public sidewalk to an accessible building entrance. The accessible route shall conform to the requirements of ADAAG 4.3

2. **The Hotel Interior**

    2.1 Implement one of the following measures: (a) modify the main guest registration counter to have a 36" inch long section no higher than 36" from the finished floor in accordance with ADAAG 7.2(2); (b) install a flip down auxiliary counter or modify a section of the existing counter to provide an accessible counter surface that is 36" inches in length and no higher than 36" from the finished floor; or (c) locate a desk in the guest registration area that conforms to the requirements of ADAAG 4.32.

    2.2 Install on the doors of all public rooms within the Hotel interior Grade II Braille signs mounted as specified in ADAAG 4.30.

2.3 Defendants shall install a wheelchair lift or elevator into Parker's Bar. If a wheelchair lift is used, it shall comply with ADAAGs 4.2.4, 4.5, 4.27 and *ASME A17.1 Safety Code for Elevators and Escalators, Section XX, 1990* as required by ADAAG 4.11.2. If a wheelchair lift is used, it shall facilitate unassisted entry, operation, and exit from the lift in compliance with ADAAG 4.11.2.

2.4 Within Parker's Bar, implement one of the following measures: (a) modify the bar counter such that a portion of the counter is in compliance with ADAAG 4.32; or (b) locate an accessible table that complies with ADAAG 4.32 within the same area.

2.5 In Parker's Restaurant, ensure that at least 5% of the tables, but in no event less than one, are accessible in accordance with ADAAG 4.32.

2.6 In the Health Club, ensure that the televisions are capable of displaying closed captioning, to the extent that the broadcast received by the television includes closed captioning, during all hours of operation when the television is turned on.

2.7 Defendants shall install Grade II Brailled and raised letters on the sign marking the hotel's Health Club and throughout the hotel in accordance with ADAAG 4.30.

3. **Accessible Guest Rooms**

3.1 Ensure a minimum of 16 accessible rooms, at least five of which shall have roll-in showers. All accessible rooms shall comply with ADAAG 9.2. For the accessible rooms with a tub, the water controls for the tubs shall be located as shown in Figure 34 of ADAAG.

3.2 Establish and implement a written policy and procedure that shall provide that the Hotel's reservation/front desk employees shall not rent the accessible guest rooms to non-disabled guests unless all other accommodations are occupied.

3.3     To the extent reasonable considering the number of rooms, disperse the accessible rooms among the various classes of rooms. If a guest requests an accessible room intended for single occupancy and no such room is available, the guest will be rented an accessible room intended for multiple occupancy at the same rate as the room for single occupancy.

3.4     In accordance with ADAAG 9.2.2(1), wherever one bed is provided in a wheelchair accessible room, Defendants shall ensure that there is a clear maneuvering space of at least 36 inches in width on both sides of the bed.

3.5     In accordance with ADAAG 9.2.2(1), wherever two beds are provided in a wheelchair accessible room, Defendants shall ensure that there is at least 36 inches of maneuvering space between the beds. The requirement for an accessible route to accessible elements within the room may, in some instances, require a 36-inch clearance on the other sides of the beds.

3.6     In accordance with ADAAG 9.2.2(2), Defendants shall provide an accessible route at least 36 inches wide connecting all accessible spaces and elements, including telephones, within all guest rooms designated as wheelchair accessible.

3.7     In accordance with ADAAG 9.2.2(5), Defendants shall ensure that all operable controls (e.g., thermostats and light switches), dispensers, receptacles, and operable equipment in wheelchair accessible rooms are within clear floor space (ADAAG 4.2.4) that allows a person using a wheelchair to make a forward or parallel approach. (ADAAG 4.27.2). Operable controls, including the wands used to open and close curtains, shall be within the maximum high forward reach height of 48 inches as set forth in ADAAG 4.2.5 and as illustrated in Figure 5(a) of the ADAAG.

3.8     Defendants shall cause Grade II Braille to be mounted on the walls adjacent to the latch side of all accessible guest room doors in compliance with ADAAG 4.1 and 4.30. In accordance with ADAAG 9.2.2(3) and ADAAG 4.13.5, all doors and doorways designed to allow passage into and within all sleeping rooms shall have a minimum clear opening of 32 inches with the door opened to 90 degrees, measured between the face of the door and the opposite stop.

3.9     Defendants shall cause the knobs on all doors (including closet doors) within wheelchair accessible guest rooms to be replaced with levers or handles which can be operated with one hand and which do not require tight grasping, pinching, or twisting of the wrist, in compliance with ADAAG 4.13.9 and ADAAG 4.27.4. Defendants shall cause the knobs on the drawers of all dressers within wheelchair accessible guest rooms to be replaced with levers or handles which can be operated with one hand and which do not require tight grasping, pinching, or twisting of the wrist, in compliance with ADAAG 4.27.4. Defendants shall cause the drawers of all desks within wheelchair accessible guest rooms to have levers or handles which can be operated with one hand and which do not require tight grasping, pinching, or twisting of the wrist, in compliance with ADAAG 4.27.4.

3.10    In all wheelchair accessible guest rooms, Defendants shall provide desks that have a minimum of 27 inches of clear vertical space and 30 inches of clear horizontal space beneath such desks in compliance with ADAAG 4.32.3.

3.11    The light fixtures and lamps in all wheelchair accessible rooms shall be replaced with touch-sensitive light fixtures and lamps which can be operated with one hand and which do not require tight grasping, pinching, or twisting of the wrist, in compliance with ADAAG 4.27.4.

3.12    Coat hooks on doors and/or walls in all wheelchair accessible rooms shall be relocated, or a redundant hook shall be installed as necessary, to a maximum height of 48 inches above the finish floor where a clear floor space of 30 inches minimum by 48 inches minimum is positioned for an obstructed forward approach in accordance with Figure 4(b) of the ADAAG, or 54 inches maximum above the finish floor where a clear floor space is positioned for an unobstructed parallel approach in accordance with Figure 4(c) of the ADAAG, in compliance with ADAAG 4.27.3.

3.13    Closet racks and shelves in all wheelchair accessible rooms, when occupied by a person in a wheelchair, shall be lowered to a maximum high forward reach of 48 inches in compliance with ADAAG 4.2.5 and 4.2.6.

3.14    Controls for flush valves on toilets within wheelchair accessible guest rooms shall be mounted on the wide side of toilet areas no more than 44 inches above the floor in compliance with ADAAG 4.27.4.

3.15    All exposed sink pipes in all wheelchair accessible guest rooms shall be insulated pursuant to ADAAG 4.19.4.

3.16    Clear floor space in the bathrooms of accessible guest rooms shall comply with ADAAG 4.16.2 and with the dimensions shown in Figure 28 of the ADAAG.

3.17    All towel racks and/or storage shelves within wheelchair accessible rooms shall be mounted in a location creating a maximum forward reach of 48 inches pursuant to ADAAG 4.2.5 and a maximum side reach of 54 inches pursuant to ADAAG 4.2.6.

3.18    Pursuant to ADAAG 4.19.2, the sink counters in the bathrooms of all wheelchair accessible rooms shall be mounted with the rim or counter surface no higher than 34 inches above the finish floor and shall provide a clearance of at least 29 inches above the finish floor to

the bottom of the apron. There shall be a minimum clear depth of 8 inches (for knee clearance) beneath the counter.

    3.19    The grab bars adjacent to all toilets in wheelchair accessible rooms shall comply in regard to dimensions and positioning with Figures 29 and 30 of the ADAAG and ADAAG 4.26. Toilet seats in wheelchair accessible rooms shall not be mounted more than 18 inches from the sidewall.