UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON<br>and ACCESS WITH SUCCESS, INC.,<br>    Plaintiffs<br><br>v.<br><br>BOSTON OMNI CORPORATION and<br>OMNI HOTELS MANAGEMENT<br>CORPORATION<br>    Defendants | CIVIL ACTION NO.: 04-11654 REK |

## AGREED ORDER OF DISMISSAL

Plaintiffs and Defendants have resolved their differences in this matter. The parties stipulate and the Court finds that all claims and potential claims should be dismissed with prejudice.

IT IS THEREFORE ORDERED that this case and all claims asserted or that could have been asserted are hereby dismissed with prejudice to the re-filing thereof, with each party to bear its own costs and attorneys' fees except as otherwise specifically agreed to by the parties in writing, and subject to the Court retaining jurisdiction only for enforcement purposes.

IT IS SO ORDERED.

DATED this 21st day of July, 2006.

_William G. Young_
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| PLAINTIFFS,<br>ACCESS WITH SUCCESS, INC., and<br>G. DAVID IVERSON | DEFENDANTS,<br>OMNI BOSTON CORPORATION, ET AL. |
| By their Attorney, | By their Attorney, |

*Nicholas S. Guerrera*
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 018450
(978) 689-0800

Dated: 6/26/06

Ron Chapman, Jr., Esq.
Admitted Pro Hac Vice
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 Preston Commons
8117 Preston Road
Dallas, TX 75225
(214) 369-9216

Dated: